JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar Number 12940
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO LEPE-LEAL,<br><br>Defendant. | Case No. 2:07-cr-00318-MMD-BNW<br><br>**Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant Pedro Lepe-Leal in the interest of justice.

Defendant was indicted in the above case in 2007, with an arrest warrant pending since that time. At the time of his indictment, the government had information that Defendant had fled to Mexico. Defendant's location at this time is unknown and all efforts to locate him have

///

///

///

///

1  been exhausted. Therefore, in the interests of justice and considering the advanced age of the
2  case, the government moves to dismiss at this time.
3  DATED:  December 29, 2022.

                                    Respectfully submitted,

                                    JASON M. FRIERSON
                                    United States Attorney

                                    *//s// Christopher Burton*
                                    CHRISTOPHER BURTON
                                    Assistant United States Attorney

10  The Court having reviewed the foregoing, and with good cause appearing, orders the indictment dismissed and the warrant quashed.

12  IT IS SO ORDERED.

13  Dated:  December 29, 2022

                                    Chief U.S. District Judge